UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY WHITE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>IRONWOOD STATE PRISON, et al.<br><br>　　　　　　Defendants. | Case No. 2:20-cv-02738-FMO-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendant K. Pollich's ("Defendant") Motion to Dismiss ("MTD"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge. IT IS THEREFORE ORDERED that Defendant's MTD is **GRANTED** with respect to Plaintiff Jeremy White's ("Plaintiff") due process claim, but is **DENIED** as to Plaintiff's Eighth Amendment claim.

Dated: September 15, 2021　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　————————————————
　　　　　　　　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge