UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-02738-FMO-SHK | Date: | April 22, 2022 |
| Title: | *Jeremy White v. Ironwood State Prison, et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

None Present  None Present

**Proceedings (IN CHAMBERS):** ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY WITH COURT'S CASE MANAGEMENT ORDER

    On November 15, 2021, the Court issued its Case Management and Scheduling Order ("CMO") and, in pertinent part, ordered the parties to file their status report by April 11, 2022. Electronic Case Filing Number ("ECF No.") 57, CMO at 3. Defendant K. Pollich ("Defendant") timely filed a status report. See ECF No. 59, Def.'s Status Report. Plaintiff Jeremy White ("Plaintiff"), however, has not filed his status report and the time to do so has now passed.

    Accordingly, Plaintiff is ORDERED TO SHOW CAUSE by **May 6, 2022**, why this case should not be dismissed for failure to prosecute and follow Court orders. Plaintiff can satisfy this order by filing his status report or requesting an extension of time to do so by the deadline stated above. Plaintiff is warned that because the deadline to file a status report has already passed, extensions of time to do so will be granted very sparingly, only for extremely good cause shown, and if requested by the deadline stated above.

    Plaintiff is further warned that failure to timely satisfy this order may result in dismissal of this action with or without prejudice for failure to prosecute and follow Court orders.

    **IT IS SO ORDERED.**