UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-02738-FMO-SHK | Date: | May 27, 2022 |
| Title: | *Jeremy White v. Ironwood State Prison, et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):** **FINAL ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY WITH COURT'S CASE MANAGEMENT ORDER**

On November 15, 2021, the Court issued its Case Management and Scheduling Order ("CMO") and, in pertinent part, ordered the parties to file their status report by April 11, 2022. Electronic Case Filing Number ("ECF No.") 57, CMO at 3. The CMO also contained directions regarding the information to be included by each party in their status reports. Id. at 3-4. Defendant K. Pollich ("Defendant") timely filed a status report. See ECF No. 59, Def.'s Status Report. Plaintiff Jeremy White ("Plaintiff"), however, failed to file his status report, and on April 22, 2022, the Court issued an Order to Show Cause ("OSC") by May 6, 2022, why Plaintiff's "case should not be dismissed for failure to prosecute and follow Court orders[.]" ECF No. 60, OSC at 1. Plaintiff was instructed that he could satisfy the OSC "by filing his status report or requesting an extension of time to do so by the deadline[.]" Id.

On May 26, 2022, the Court received a document from Plaintiff entitled "Order to Show Cause Re: Plaintiff's Response to the Order to Show Cause" ("Response" or "Resp."). ECF No. 65, Resp. The Response does not contain sufficient information, as required per the instructions in the CMO, to constitute a status report, nor does it contain a request for an extension of time to file a status report. Id.

Accordingly, Plaintiff is given one final opportunity and is ORDERED TO SHOW CAUSE by **June 14, 2022**, why this case should not be dismissed for failure to prosecute and follow Court orders. Plaintiff can satisfy this order by filing his status report or requesting an extension of time to do so by the deadline stated above. Plaintiff is warned that because the

deadline to file a status report has already passed, extensions of time to do so will be granted very sparingly, only for extremely good cause shown, and if requested by the deadline stated above.

Plaintiff is further warned that failure to timely satisfy this order **will** result in dismissal of this action with or without prejudice for failure to prosecute and follow Court orders.

**IT IS SO ORDERED.**