JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY WHITE,<br><br>    Plaintiff,<br><br>  v.<br><br>IRONWOOD STATE PRISON, et al.,<br><br>    Defendants. | Case No. 2:20cv-02738-FMO (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that Defendant's Motion for Summary Judgment is granted and that this action is dismissed with prejudice.

DATED: September 5, 2023

                        /s_____
                     FERNANDO M. OLGUIN
                 UNITED STATES DISTRICT JUDGE